# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MATTHEW STEPHEN SNOW**                                             **PLAINTIFF**

**V.**                    **No. 4:25-CV-00423-JM-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                     **DEFENDANT**

## JUDGMENT

Consistent with today's order, judgment is entered for Defendant and this case is DISMISSED.

Dated 20 January 2026.

_____
UNITED STATES MAGISTRATE JUDGE

1